UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                                  Case No. 8:11-cr-164-T-17EAJ

JOSHUA CRAIG ABEL

### FINAL JUDGMENT OF FORFEITURE

THIS CAUSE comes before the Court upon the filing of the Motion by the United States for a Final Judgment of Forfeiture, pursuant to 21 U.S.C. § 853(n)(7) and Fed. R. Crim. P. 32.2(c)(2), for computer equipment:

(a) HP P6000 computer, serial number MXX03504GR;

(b) Western Digital WD5000 500.0 GB hard drive, serial number WCAS81587365;

(c) Seagate external hard drive, serial number 2GER1SP4;

(d) Western Digital WD25001032 external hard drive, serial number WMANK3147064;

(e) Western Digital WD25001032 external hard drive, serial number WMANK3147678;

(f) Maxtor One Touch II external hard drive, serial number B412GN6H;

(g) Western Digital, model 4510D, external hard drive, serial number WCAVY3865508; and

(h) Hewlett Packard CQ60 laptop computer, serial number 2CE911H8QX.

Being fully advised in the premises, the Court finds that on June 6, 2012, a Preliminary Order of Forfeiture was entered, forfeiting to the United States all

right, title, and interest of defendant Abel in the computer equipment. Doc. 63.

The Court further finds that the forfeiture was included in the Judgment in a Criminal Case. Docs. 60 and 66.

The Court further finds that in accordance with the provisions of 21 U.S.C. § 853(n) and Fed. R. Crim. P. 32.2(b)(6)(C), the United States published notice of the forfeiture and of its intent to dispose of the computer equipment on the official government website, www.forfeiture.gov, from June 8, 2012 through July 6, 2012. Doc. 67. The publication gave notice to all third parties with a legal interest in the computer equipment to file with the Office of the Clerk, United States District Court, Middle District of Florida, Sam Gibbons Federal Courthouse, 2nd Floor, 801 North Florida Avenue, Tampa, Florida 33602, a petition to adjudicate their interest within 60 days of the first date of publication.

The Court further finds that no person or entity, other than the defendant Abel, whose interest was forfeited to the United States in the Preliminary Order of Forfeiture, is known to have an interest in the computer equipment. No third party has filed a petition or claimed an interest in the computer equipment, and the time for filing a petition has expired. Accordingly, it is hereby

ORDERED, ADJUDGED, and DECREED that for good cause shown, the United States' motion is GRANTED.

It is FURTHER ORDERED that pursuant to the provisions of 21 U.S.C. § 853(n)(7) and Fed. R. Crim. P. 32.2(c)(2), all right, title and interest in the

computer equipment is CONDEMNED and FORFEITED to the United States for disposition according to law.

Clear title to the computer equipment is now vested in the United States of America.

DONE and ORDERED in Tampa, Florida, this 6th day of AUGUST _____, 2012.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE